UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20344-CR-PCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID VEGA-ZAMBRANO,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge O'Sullivan's Report and Recommendation of Change of Plea (D.E. #187) filed on June 25, 2009. Magistrate Judge O'Sullivan's Report and Recommendation recommended that the Defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

Having reviewed *de novo* the Report and Recommendation, the record, and being otherwise duly advised, this Court agrees with Judge O'Sullivan's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge O'Sullivan be ADOPTED and made the Order of the District Court.

DONE in Chambers, Miami, Florida, this ___ day of July, 2009.

                                              Paul C. Huck
                                              United States District Judge

<u>Copies furnished to:</u>
Magistrate Judge O'Sullivan
Counsel of Record